IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR421 |
| | ) | |
| v. | ) | |
| | ) | |
| CALVIN WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motions to reduce sentence (Filing Nos. 63 and 67), supported by a brief (Filing No. 68). The Court has reviewed both motions and the brief and finds that the motions should be denied.

The modifications to the United States Sentencing Guidelines for crack cocaine which became effective November 1, 2007, do not apply to the defendant as he was sentenced as a career offender. *See United States v. Thomas*, 524 F.3d 889 (2008). The guidelines for determination of a sentence for a career offender have not been changed or modified by the recent adjustments to the crack cocaine guidelines. For these reasons, the guidelines calculations would be the same today as they were at the time he was sentenced in July of 2004. As none of the amendments to the guidelines impact the determination of the defendant's sentence under the guidelines, § 1B1.10(a) of the guidelines is not applicable. For these reasons, defendant's motions will be denied. Accordingly,

IT IS ORDERED that defendant's motions to reduce sentence are denied.

DATED this 29th day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court